UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN L. BLAKE,

    Plaintiff,

v.                                              Case No. 5:20-cv-137-RV/MJF

LISA GANDY, *et al.*,

    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 24, 2022 (ECF No. 65). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendants' motion to dismiss is **GRANTED IN PART** and **DENIED IN PART**.

3. Blake's Eighth-Amendment failure-to-intervene claims against Defendants Lisa Gandy and Philip McClellan are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

4. Blake's claims of assault and battery are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

5. Defendants' motion to dismiss is **DENIED** as to Blake's remaining claims.

6. This case is recommitted to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 25th day of July 2022.

                                        s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**